UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe LS 333 v. Uber Technologies, Inc., et al.,* No. 3:23-cv-05930-CRB<br><br>*Jane Doe LS 397 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05864-CRB | MDL No. 3084 CRB<br><br>[PROPOSED] ORDER REGARDING LEVIN SIMES' MOTION TO WITHDRAW AS COUNSEL OF RECORD<br><br>Judge:    Honorable Charles R. Breyer |

## [PROPOSED] ORDER

Having considered Levin Simes' Motion to Withdraw as Counsel of Record (ECF 4146), the Court finds that, given that Plaintiffs LS 333 and LS 397 are subject to impending deadlines under this Court's September 22 and October 10 orders, granting withdrawal would cause prejudice to Plaintiffs and Uber, likely delay the progress of this multi-district litigation, and potentially harm the administration of justice.

The Court therefore hereby ORDERS that Levin Simes' Motion to Withdraw is DENIED.

**IT IS SO ORDERED.**

Dated: October 17, 2025



[PROPOSED] ORDER ON LEVIN SIMES' MOTION TO WITHDRAW AS COUNSEL OF RECORD