Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Christopher V. Cotton (Admitted *Pro Hac Vice*)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
ccotton@shb.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC., RASIER, LLC,
And RASIER-CA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br>*Jane Doe LS 333 v. Uber Technologies, Inc., et al.,* No. 3:23-cv-05930-CRB<br><br>*Jane Doe LS 397 v. Uber Technologies, Inc., et al.,* No. 3:24-cv-05864-CRB | Case No. 3:23-md-03084-CRB<br><br>**[PROPOSED] ORDER REGARDING MOTION TO COMPEL COMPLIANCE WITH COURT ORDERS & TO RESET DEADLINE FOR CERTAIN DEPOSITIONS** |

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Having considered Defendants' Motion to Compel Compliance with Court Orders & to Reset |
| 3 | Deadline for Certain Depositions, the Court finds that the Plaintiffs Jane Doe LS 333 and Jane Doe |
| 4 | LS 397 have violated this Court's September 9 and 22, 2025 Orders (ECF 3876 & 3904) by failing to |
| 5 | produce documents by the extended deadline ordered by this Court. |
| 6 | The Court therefore hereby ORDERS Plaintiffs Jane Doe LS 333 and Jane Doe LS 397 to |
| 7 | immediately comply with this Court's September 9 and 22, 2025 Orders by producing the documents |
| 8 | called for by the September 9, 2025 Order. Plaintiffs Jane Doe LS 333 and 397 are ordered to appear |
| 9 | for depositions within sixteen days of their productions. |
| 10 | Failure to comply with these deadlines within ten Court days will result in the dismissal with |
| 11 | prejudice of Plaintiffs' claims. |

**IT IS SO ORDERED.**

Dated: __November 19__, 2025



IT IS SO ORDERED
Judge Charles R. Breyer